LIANG CHEN AND LAI YOONG LOW, ON BEHALF OF THEMSELVES AND
ALL OTHER EMPLOYEES SIMILARLY SITUATED

Plaintiff(s)

Index # 1:18-CV-07144-JGK

- against -

LUCKY OF PELHAM INC., D/B/A PELHAM PALACE, ETANO

Purchased August 10, 2018

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JEFF CAMPOLO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 23, 2018 at 10:40 AM at

C/O LUCKY OF PELHAM INC., D/B/A PELHAM PALACE
221 WOLFS LANE
PELHAM, NY 10803

deponent served the within SUMMONS AND COMPLAINT on KIM KOK YAP therein named.

**INDIVIDUAL** by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | GRAY | 63 | 5'8 | 160 |

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: August 28, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

JEFF CAMPOLO

Invoice #: 700885

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045