# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

December 6, 2019

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
12/13/19

Re:   *Chen et al v. Lucky of Pelham Inc. et al*
      Civil Docket No. 1:18-cv-07144-JGK

*Consent Letter Motion for Extension of Time to Submit the Settlement Agreement*

Dear Judge Koeltl:

This office represents the Plaintiffs Liang Chen and Lai Yoong Low ("Plaintiffs") in the above-captioned matter. With consent of defendants, we write to request a 30-day extension to submit the settlement agreement for Court approval pursuant to *Cheeks*, i.e. through January 6, 2020.

This is the first time for the parties to request an extension of time to submit the settlement agreement for Court approval. The current deadline is December 6, 2019 pursuant to the Court's Order dated November 8, 2019 (ECF No. 50). The parties are still in the process of exchanging drafts of the settlement agreement and would need the additional time in light of the upcoming holidays.

Therefore, the undersigned respectfully request that the Court grant the instant application.

We appreciate the Court's time and continued attention in this matter.

Respectfully submitted,

s/ Ge Qu
Ge Qu, Esq.
*Attorney for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-16-19