## HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

January 13, 2020

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED
1/14/20
John G. Koeltl, U.S.D.J.

Re: *Chen et al v. Lucky of Pelham Inc. et al*
Civil Docket No. 1:18-cv-07144-JGK

*Consent Letter Motion for Extension of Time to Submit the Settlement Agreement*

Dear Judge Koeltl:

This office represents the Plaintiffs Liang Chen and Lai Yoong Low ("Plaintiffs") in the above-captioned matter. With consent of defendants, we write to request a one-week extension to submit the settlement agreement for Court approval pursuant to *Cheeks*, i.e. through January 20, 2020.

This is the third time for the parties to request an extension of time to submit the settlement agreement for Court approval. The current deadline is January 13, 2020. Following the granting of the previous motion, the parties have finalized the settlement agreement[1] and request a brief extension to gather the necessary signatures.

Therefore, the undersigned respectfully request that the Court grant the instant application.

We appreciate the Court's time and continued attention in this matter.

Respectfully submitted,

*s/ Ge Qu*
Ge Qu, Esq.
*Attorney for Plaintiffs*

---

[1] A finalized version is attached to this letter motion as Exhibit A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-15-2020