UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIANG CHEN, ET AL.,

        Plaintiffs,

- against -

LUCKY OF PELHAM INC., ET AL.,

        Defendants.

18-cv-7144 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Court granted the parties' third extension request to file the settlement agreement for Court approval by January 20, 2020. Dkt. No. 56. No such agreement has been submitted.

The parties should submit the settlement agreement by **February 4, 2020.**

SO ORDERED.

Dated:    New York, New York
            January 28, 2020

                                          John G. Koeltl
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-29-20