# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-5-20

February 5, 2020

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

_/s/ John G. Koeltl_
2/5/20    John G. Koeltl, U.S.D.J.

Re:   *Chen et al v. Lucky of Pelham Inc. et al*
      Civil Docket No. 1:18-cv-07144-JGK

*Consent Letter Motion for Extension of Time to Submit the Settlement Agreement*

Dear Judge Koeltl:

This office represents the Plaintiffs Liang Chen and Lai Yoong Low ("Plaintiffs") in the above-captioned matter. With consent of defendants, we write to request a one-week extension to submit the settlement agreement for Court approval pursuant to *Cheeks*, i.e. through February 11, 2020.

This is the third time for the parties to request an extension of time to submit the settlement agreement for Court approval. The current deadline is February 5, 2020, pursuant to the Court's Order dated January 19, 2020 (ECF No. 57). Since the previous grant of the extensions, the parties have been able to finalize the settlement agreement. The impetus for the instant application is that the parties need additional to gather the necessary signatures. As of the filing of this motion, Plaintiff has signed the settlement agreement and defendants are expected to execute the same by the end of this week.

Therefore, the undersigned respectfully request that the Court grant the instant application.

We appreciate the Court's time and continued attention in this matter.

Respectfully submitted,

_s/ Ge Qu_
Ge Qu, Esq.
*Attorney for Plaintiffs*