**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

LIANG CHEN, ET AL.,

            Plaintiffs,          18-cv-7144 (JGK)

   - against -               ORDER

LUCKY OF PELHAM INC., ET AL.,

            Defendants.
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The case has been settled. The Clerk is directed to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 20, 2020**        /s/ John G. Koeltl
                                       **John G. Koeltl**
                             **United States District Judge**